1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>ALINA ENTERPRIZES, INC., a California corporation; and Does 1-10,<br><br>            Defendants. | Case No.: 2:21-cv-05229-DSF-MAR<br><br>*Hon. Dale S. Fischer*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE [29]**<br><br>Action Filed:  June 26, 2022<br>Trial Date:    Not on Calendar |

1  Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before
2  it, and being fully advised finds as follows:

3  **IT IS ORDERED THAT:**

4  Plaintiff Ed Hull's action against Defendant Alina Enterprizes Inc. is dismissed
5  with prejudice. Each party will be responsible for its own fees and costs.

Dated:  March 14, 2022

*Dale S. Fischer*
Hon. Dale S. Fischer
United States District Judge